UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

**IN RE:**

**Gary W. Heffley,**
  **Debtor.**

**CASE NO.: 22-19014**
**CHAPTER 7**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2005-5("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Aleisha C. Jennings
    Aleisha C. Jennings
    Email: ajennings@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 22, 2022, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via

United States Mail to the following:

GARY W. HEFFLEY
260 HERITAGE DR
BRICK, NJ 08723

And via electronic mail to:

WALTER D. NEALY
100 SOUTH VAN BRUNT ST.
ENGLEWOOD, NJ 07631

JOHN MICHAEL MCDONNELL
JOHN MICHAEL MCDONNELL
CH. 7 TRUSTEE
115 MAPLE AVENUE
RED BANK, NJ 07701

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr