UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankr. Case No. 22-19014-KCF |
| Gary W. Heffley | Chapter 7 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 22-19014-KCF

Gary W. Heffley                                                                                 Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 28, 2022 :

| | |
|---|---|
| Walter D. Nealy<br>100 South Van Brunt St.<br>Englewood, NJ 07631 | John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701 |

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx44812 / 1064576