UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Walter D. Nealy
100 South Van Brunt St.
Englewood, NJ 07631
(201) 227-0063
Fax : 201-227-6118
Email: nealylaw@gmail.com

Order Filed on November 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gary W. Heffley

Case No.: 22-19014-KCF

Chapter: 7

Judge: Judge Kathryn C. Fergus

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 30, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of ___Walter D. Nealy on behalf of debtor___ for the reduction of time for a hearing on __Motion to Impose Automatic Stay_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Wednesday, December 14, 2022__ at __10 am__ in the United States Bankruptcy Court, _____402 E State St, Trenton, NJ 08608 (telephonically)_____, Courtroom No. __2__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_Chapter 7 trustee and all lien holders_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

        \_\_\_\_2\_\_\_\_ day(s) prior to the scheduled hearing; or

        ☐ may be presented orally at the hearing.

    8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-19014-KCF

Gary W. Heffley     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Nov 30, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gary W. Heffley, 260 Heritage Dr, Brick, NJ 08723-6507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 ajennings@raslg.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 30, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter D. Nealy
    on behalf of Debtor Gary W. Heffley nealylaw@gmail.com
    r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com

TOTAL: 7