UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HEFFLEY, Gary W.

Case No.: 22-19014  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

____John Michael McDonnell____, ____Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk  
Clarkson S. Fisher U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __January 10, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
260 Heritage Drive (50% owner)  
Brick, New Jersey 08723  

FMV=$700,000

Liens on property:  

Lien=$565,065 (Foreclosure Judgment + interest since 2017)  

Minus ($65,000) 10% Cost of Sale

Amount of equity claimed as exempt: $27,750

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19014-KCF
Gary W. Heffley  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Dec 07, 2022     Form ID: pdf905     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary W. Heffley, 260 Heritage Dr, Brick, NJ 08723-6507 |
| br | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| acc | + | Speed Financial Services, Inc., 99 Morris Avenue, Springfield, NJ 07081-1421 |
| 519763806 | + | 249 Brick LLC, 807 Mantoloking Rd Suite 102, BRICK, NJ 08723-5200 |
| 519763807 | | 84 Lumber Co, 383 North Main Street, Eighty Four, PA 15330 |
| 519763810 | + | Atlantic Credit & Finance, C?O Morgan Borenstein & Morgan, 1236 Brace RD, Cherry Hill, NJ 08034-3229 |
| 519763811 | | Atlantic Dental Assoc., Don't Know, Don't Know, NJ 08701 |
| 519763820 | ++++ | COASTAL IMAGING, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging, PO Box 6750, Portsmouth, NH 03802 |
| 519763816 | | Capital One Bank, Don't Know, Don't Know, NJ 08701 |
| 519763826 | | Four Seasons Insulation, Don't Know, Don't Know, NJ 08701 |
| 519763827 | + | Hackensak Meridian, PO Box650292, Dallas, TX 75265-0292 |
| 519763833 | | Joseph Bachen, 139 N Sunney Ave, Ventor, NJ 08406 |
| 519763834 | | Mackevich, Burke etal, 1435 Ratian Road, Clark, NJ 07066 |
| 519763836 | + | Milstead &Assciates, LLC, 220 Lake Drive East , Suite 301, Cherry Hill, NJ 08002-1165 |
| 519763837 | | Monmouth Ocean Neurology, 1944 Corlies Ave, Neptune, NJ 07753 |
| 519763838 | + | Myriad Emerg Physicians, PO Box 80134, Philadelphia, PA 19101-1134 |
| 519763839 | + | Sheriff of Ocean County, Jutice Complex, 120 Hooper Ave - PO Box 2191, Toms River, NJ 08754-2191 |
| 519763844 | + | Woodhaven Lumber & Millwork, 200 James, Lakewood, NJ 08701-4103 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519763808 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 07 2022 20:53:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519775857 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2022 20:53:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519769572 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2022 20:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519763809 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2022 20:53:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519763812 | + | Email/Text: billing@assa-nj.com | Dec 07 2022 20:53:00 | Atlantic Shore Surgical Assoc, 478 Brick Blvd., BRICK, NJ 08723-6077 |
| 519763813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2022 20:53:00 | Boscovs, PO 182125, Columbus, OH 43218-2125 |

Case 22-19014-KCF    Doc 26    Filed 12/09/22    Entered 12/10/22 00:13:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf905 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519763814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2022 20:51:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519763815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2022 20:52:19 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519763818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 21:04:31 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 519763819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 21:04:25 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519763821 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2022 20:53:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519763822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 21:04:29 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 519763823 | + | Email/Text: mrdiscen@discover.com | Dec 07 2022 20:52:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 519763824 | + | Email/Text: mrdiscen@discover.com | Dec 07 2022 20:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519763825 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 07 2022 20:53:00 | Fein Such, Khan and Shepard, 7Century Drive, Parsippany, NJ 07054-4673 |
| 519763828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2022 21:04:31 | Home Depot, PO Box 790034, St Louis, MO 63179-0034 |
| 519763829 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2022 20:53:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 519763830 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2022 20:53:00 | IC Systems, PO Box 64378, St. Paul, MN 55164-0378 |
| 519763832 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2022 20:53:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 07 2022 20:52:16 | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 519763835 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 20:53:00 | Midland Funding, 8875 Aero Dr., San Diego, CA 92123-2255 |
| 519771840 | | Email/Text: bnc-quantum@quantum3group.com | Dec 07 2022 20:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519763840 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 20:52:20 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519763841 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 20:52:20 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519763842 | | Email/Text: bncmail@w-legal.com | Dec 07 2022 20:53:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 519763843 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 20:53:00 | US Bank National Assoc., C/O Select Portfolio Servicing, Inc,, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519763831 | * | Interal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf905 | Total Noticed: 46 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 ajennings@raslg.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Gary W. Heffley nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |

TOTAL: 7