UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 15, 2022
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case Number:

Hearing Date:

Judge:

Chapter:

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 15, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been presented to the Court by _____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*