Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  22–19014–KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary W. Heffley
   260 Heritage Dr
   Brick, NJ 08723

Social Security No.:
   xxx–xx–3357

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

260 Heritage Drive, Brick, New Jersey 08723 (50% owner)


Dated: January 4, 2023
JAN: mjb

                                                                                                                Jeanne Naughton
                                                                                                                Clerk