Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−19014−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gary W. Heffley
  260 Heritage Dr
  Brick, NJ 08723

Social Security No.:
  xxx−xx−3357

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by John Michael McDonnell on behalf of John Michael McDonnell..

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 2/28/23
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: January 30, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gary W. Heffley  
Debtor

Case No. 22-19014-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 30, 2023     Form ID: 170     Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gary W. Heffley, 260 Heritage Dr, Brick, NJ 08723-6507 |
| br | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| acc | + | Speed Financial Services, Inc., 99 Morris Avenue, Springfield, NJ 07081-1421 |
| 519763806 | + | 249 Brick LLC, 807 Mantoloking Rd Suite 102, BRICK, NJ 08723-5200 |
| 519763807 | | 84 Lumber Co, 383 North Main Street, Eighty Four, PA 15330 |
| 519763810 | + | Atlantic Credit & Finance, C?O Morgan Borenstein & Morgan, 1236 Brace RD, Cherry Hill, NJ 08034-3229 |
| 519763811 | | Atlantic Dental Assoc., Don't Know, Don't Know, NJ 08701 |
| 519763820 | ++++ | COASTAL IMAGING, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging, PO Box 6750, Portsmouth, NH 03802 |
| 519763816 | | Capital One Bank, Don't Know, Don't Know, NJ 08701 |
| 519763826 | | Four Seasons Insulation, Don't Know, Don't Know, NJ 08701 |
| 519763827 | + | Hackensak Meridian, PO Box650292, Dallas, TX 75265-0292 |
| 519763833 | | Joseph Bachen, 139 N Sunney Ave, Ventor, NJ 08406 |
| 519763834 | | Mackevich, Burke etal, 1435 Ratian Road, Clark, NJ 07066 |
| 519763836 | + | Milstead &Assciates, LLC, 220 Lake Drive East , Suite 301, Cherry Hill, NJ 08002-1165 |
| 519763837 | | Monmouth Ocean Neurology, 1944 Corlies Ave, Neptune, NJ 07753 |
| 519763838 | + | Myriad Emerg Physicians, PO Box 80134, Philadelphia, PA 19101-1134 |
| 519763839 | + | Sheriff of Ocean County, Jutice Complex, 120 Hooper Ave - PO Box 2191, Toms River, NJ 08754-2191 |
| 519763844 | ++ | WOODHAVEN LUMBER AND MILLWORK INC, 200 JAMES STREET, LAKEWOOD NJ 08701-4103 address filed with court:, Woodhaven Lumber & Millwork, 200 James, Lakewood, NJ 08701 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519763808 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 30 2023 20:41:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519821130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 30 2023 20:41:00 | American Honda Finance Corporation, Recovery Bankruptcy Center, c/o BKC, PO Box 168088, Irving, Texas 75016-8088 |
| 519775857 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2023 20:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519769572 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 30 2023 20:41:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519763809 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

Case 22-19014-KCF    Doc 36    Filed 02/01/23    Entered 02/02/23 00:15:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: 170 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 30 2023 20:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519763812 | + | Email/Text: billing@assa-nj.com | Jan 30 2023 20:41:00 | Atlantic Shore Surgical Assoc, 478 Brick Blvd., BRICK, NJ 08723-6077 |
| 519763813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2023 20:41:00 | Boscovs, PO 182125, Columbus, OH 43218-2125 |
| 519763814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519763815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2023 20:50:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519763818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2023 20:50:17 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 519763819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2023 20:50:17 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519763821 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2023 20:41:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519763822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2023 20:50:35 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 519763823 | + | Email/Text: mrdiscen@discover.com | Jan 30 2023 20:40:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 519763824 | + | Email/Text: mrdiscen@discover.com | Jan 30 2023 20:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519763825 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 30 2023 20:40:00 | Fein Such, Khan and Shepard, 7Century Drive, Parsippany, NJ 07054-4673 |
| 519763828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2023 20:50:17 | Home Depot, PO Box 790034, St Louis, MO 63179-0034 |
| 519763829 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 30 2023 20:41:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 519763830 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 30 2023 20:41:00 | IC Systems, PO Box 64378, St. Paul, MN 55164-0378 |
| 519763832 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2023 20:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2023 20:50:13 | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 519786288 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 20:50:27 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519813569 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519763835 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 20:41:00 | Midland Funding, 8875 Aero Dr., San Diego, CA 92123-2255 |
| 519771840 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2023 20:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519763840 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 30 2023 20:50:15 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519763841 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 30 2023 20:50:14 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519763842 | | Email/Text: bncmail@w-legal.com | Jan 30 2023 20:41:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 519763843 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2023 20:41:00 | US Bank National Assoc., C/O Select Portfolio Servicing, Inc,, 3217 S Decker Lake Dr., Salt |

| 519763844 | Email/Text: blopez@woodhavenlumber.com | Jan 30 2023 20:41:00 | Lake City, UT 84119-3284<br>Woodhaven Lumber & Millwork, 200 James, Lakewood, NJ 08701 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519763831 | * | Interal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 ajennings@raslg.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Gary W. Heffley nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |

TOTAL: 7