UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gary W. Heffley

Case No.: 22-19014
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 28, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
260 Heritage Drive (1/2 owner)
Brick, NJ 08723

FMV=$415,000

Liens on property:
Lien= $550,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $27,900

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19014-KCF |
| Gary W. Heffley | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdf905 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary W. Heffley, 260 Heritage Dr, Brick, NJ 08723-6507 |
| br | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| acc | + | Speed Financial Services, Inc., 99 Morris Avenue, Springfield, NJ 07081-1421 |
| 519763806 | + | 249 Brick LLC, 807 Mantoloking Rd Suite 102, BRICK, NJ 08723-5200 |
| 519763807 | | 84 Lumber Co, 383 North Main Street, Eighty Four, PA 15330 |
| 519763810 | + | Atlantic Credit & Finance, C?O Morgan Borenstein & Morgan, 1236 Brace RD, Cherry Hill, NJ 08034-3229 |
| 519763811 | | Atlantic Dental Assoc., Don't Know, Don't Know, NJ 08701 |
| 519763820 | ++++ | COASTAL IMAGING, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging, PO Box 6750, Portsmouth, NH 03802 |
| 519763816 | | Capital One Bank, Don't Know, Don't Know, NJ 08701 |
| 519763826 | | Four Seasons Insulation, Don't Know, Don't Know, NJ 08701 |
| 519763827 | + | Hackensak Meridian, PO Box650292, Dallas, TX 75265-0292 |
| 519763833 | | Joseph Bachen, 139 N Sunney Ave, Ventor, NJ 08406 |
| 519763834 | | Mackevich, Burke etal, 1435 Ratian Road, Clark, NJ 07066 |
| 519763836 | + | Milstead &Assciates, LLC, 220 Lake Drive East , Suite 301, Cherry Hill, NJ 08002-1165 |
| 519763837 | | Monmouth Ocean Neurology, 1944 Corlies Ave, Neptune, NJ 07753 |
| 519763838 | + | Myriad Emerg Physicians, PO Box 80134, Philadelphia, PA 19101-1134 |
| 519763839 | + | Sheriff of Ocean County, Jutice Complex, 120 Hooper Ave - PO Box 2191, Toms River, NJ 08754-2191 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519763808 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2023 20:46:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519821130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 27 2023 20:46:00 | American Honda Finance Corporation, Recovery Bankruptcy Center, c/o BKC, PO Box 168088, Irving, Texas 75016-8088 |
| 519775857 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2023 20:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519769572 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2023 20:46:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519763809 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2023 20:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519763812 | + | Email/Text: billing@assa-nj.com | Feb 27 2023 20:46:00 | Atlantic Shore Surgical Assoc, 478 Brick Blvd., |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | BRICK, NJ 08723-6077 |
| 519763813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2023 20:46:00 | | Boscovs, PO 182125, Columbus, OH 43218-2125 |
| 519763814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Feb 27 2023 20:44:26 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519763815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Feb 27 2023 20:44:45 | | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519763818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 27 2023 20:55:15 | | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 519763819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 27 2023 20:55:21 | | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519763821 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2023 20:46:00 | | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519763822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 27 2023 20:55:21 | | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 519763823 | + | Email/Text: mrdiscen@discover.com Feb 27 2023 20:45:00 | | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 519763824 | + | Email/Text: mrdiscen@discover.com Feb 27 2023 20:45:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519763825 | + | Email/Text: ecourts.col_efilings@fskslaw.com Feb 27 2023 20:46:00 | | Fein Such, Khan and Shepard, 7Century Drive, Parsippany, NJ 07054-4673 |
| 519763828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 27 2023 20:55:21 | | Home Depot, PO Box 790034, St Louis, MO 63179-0034 |
| 519763829 | + | Email/Text: Bankruptcy@ICSystem.com Feb 27 2023 20:46:00 | | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 519763830 | + | Email/Text: Bankruptcy@ICSystem.com Feb 27 2023 20:46:00 | | IC Systems, PO Box 64378, St. Paul, MN 55164-0378 |
| 519763832 | | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2023 20:46:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763817 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 27 2023 20:44:24 | | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 519786288 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 27 2023 20:55:14 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519813569 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 27 2023 20:46:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519763835 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 27 2023 20:46:00 | | Midland Funding, 8875 Aero Dr., San Diego, CA 92123-2255 |
| 519835826 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2023 20:55:14 | | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519771840 | | Email/Text: bnc-quantum@quantum3group.com Feb 27 2023 20:46:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519763840 | + | Email/PDF: gecsedi@recoverycorp.com Feb 27 2023 20:44:34 | | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519763841 | + | Email/PDF: gecsedi@recoverycorp.com Feb 27 2023 20:44:29 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519763842 | | Email/Text: bncmail@w-legal.com Feb 27 2023 20:46:00 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 519763843 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 27 2023 20:46:00 | | US Bank National Assoc., C/O Select Portfolio Servicing, Inc,, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |

| 519763844 | Email/Text: blopez@woodhavenlumber.com | | |
|---|---|---|---|
| | | Feb 27 2023 20:46:00 | Woodhaven Lumber & Millwork, 200 James, Lakewood, NJ 08701 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519763831 | * | Interal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 ajennings@raslg.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Gary W. Heffley nealylaw@gmail.com  r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |

TOTAL: 7