Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–19014–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gary W. Heffley
260 Heritage Dr
Brick, NJ 08723

Social Security No.:
xxx–xx–3357

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/4/23 at 10:00 AM

to consider and act upon the following:

*42* – Motion for Relief from Stay re: 260 Heritage Drive, Brick NJ 08723. Fee Amount $ 188. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005–5. Hearing scheduled for 4/4/2023 at 01:00 PM at KCF – Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Proposed Order # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service # 5 Exhibit AOM # 6 Exhibit Mortgage # 7 Exhibit Note) (Carlon, Denise)

Dated: 3/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court