Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  22−19014−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary W. Heffley
   260 Heritage Dr
   Brick, NJ 08723

Social Security No.:
   xxx−xx−3357

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Wanda Rogers</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

260 Heritage Drive, Brick, NJ 08723


Dated: March 23, 2023
JAN: wdr

                                                                               Jeanne Naughton
                                                                               Clerk