FILED
JEANNE A. NAUGHTON, CLERK
MAY -1 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY: \_\_\_\_ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Gary W. Heffley | Case No.: | 22-19014 |
| | Adversary No.: | |
| | Chapter: | 7 |
| | Judge: | KCF |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE**: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Mackevich, Burke etal
(Example: John Smith, creditor)

Old address: 1435 Ratitan Road
Clark, NJ 07066

New address: 1435 Raritan Road
Clark, NJ 07066

New phone no.: \_\_\_\_
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4-28-23

Signature

*rev.8/1/2021*




029414 300 1 SP 0.600 07066 1 9 9810-1-30859

Mackevich, Burke etal
1435 Ratian Road
Clark, NJ 07066

can you fix this

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error. To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

029414     1590702944301 5

MACKEVICH, BURKE & STANICKI
COUNSELLORS AT LAW
1435 RARITAN ROAD
CLARK, NEW JERSEY 07066

US Bankruptcy Court
Clarkson Fisher Courthouse
402 East State Street
Trenton, NJ 08608