Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−19014−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gary W. Heffley
    260 Heritage Dr
    Brick, NJ 08723

Social Security No.:
    xxx−xx−3357

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
    proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
    proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
    due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
    due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
    commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
    case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
    the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
    Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
    Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
    of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
    Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 7, 2023
JAN: mrg

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 22-19014-CMG

Gary W. Heffley                                                                                    Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                             Page 1 of 3

Date Rcvd: Dec 07, 2023                       Form ID: cscnodsc                                Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary W. Heffley, 260 Heritage Dr, Brick, NJ 08723-6507 |
| cr | + | Mackevich Burke, 1435 Raritan Rd, Clark, NJ 07066-1230 |
| br | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| acc | + | Speed Financial Services, Inc., 99 Morris Avenue, Springfield, NJ 07081-1421 |
| 519763806 | + | 249 Brick LLC, 807 Mantoloking Rd Suite 102, BRICK, NJ 08723-5200 |
| 519763807 | | 84 Lumber Co, 383 North Main Street, Eighty Four, PA 15330 |
| 519763810 | + | Atlantic Credit & Finance, C?O Morgan Borenstein & Morgan, 1236 Brace RD, Cherry Hill, NJ 08034-3229 |
| 519763811 | | Atlantic Dental Assoc., Don't Know, Don't Know, NJ 08701 |
| 519763816 | | Capital One Bank, Don't Know, Don't Know, NJ 08701 |
| 519763820 | + | Coastal Imaging, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519763826 | | Four Seasons Insulation, Don't Know, Don't Know, NJ 08701 |
| 519763827 | + | Hackensak Meridian, PO Box650292, Dallas, TX 75265-0292 |
| 519763833 | | Joseph Bachen, 139 N Sunney Ave, Ventor, NJ 08406 |
| 519763834 | + | Mackevich, Burke etal, 1435 Raritan Road, Clark, NJ 07066-1230 |
| 519763836 | + | Milstead &Assciates, LLC, 220 Lake Drive East , Suite 301, Cherry Hill, NJ 08002-1165 |
| 519763837 | | Monmouth Ocean Neurology, 1944 Corlies Ave, Neptune, NJ 07753 |
| 519763838 | + | Myriad Emerg Physicians, PO Box 80134, Philadelphia, PA 19101-1134 |
| 519763839 | + | Sheriff of Ocean County, Jutice Complex, 120 Hooper Ave - PO Box 2191, Toms River, NJ 08754-2191 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519763808 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 07 2023 20:44:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519821130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 07 2023 20:44:00 | American Honda Finance Corporation, Recovery Bankruptcy Center, c/o BKC, PO Box 168088, Irving, Texas 75016-8088 |
| 519775857 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519769572 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519763809 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519763812 | + | Email/Text: billing@assa-nj.com | Dec 07 2023 20:45:00 | Atlantic Shore Surgical Assoc, 478 Brick Blvd., BRICK, NJ 08723-6077 |
| 519763813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Boscovs, PO 182125, Columbus, OH 43218-2125 |

Case 22-19014-CMG    Doc 52    Filed 12/09/23    Entered 12/10/23 00:14:19    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: cscnodsc | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519763814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 21:03:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519763815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 20:53:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519763818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 21:03:44 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 519763819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 21:03:46 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519763821 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2023 20:44:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519763822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 21:03:52 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 519763823 | + | Email/Text: mrdiscen@discover.com | Dec 07 2023 20:43:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 519763824 | + | Email/Text: mrdiscen@discover.com | Dec 07 2023 20:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519763825 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 07 2023 20:44:00 | Fein Such, Khan and Shepard, 7Century Drive, Parsippany, NJ 07054-4673 |
| 519763828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 20:52:07 | Home Depot, PO Box 790034, St Louis, MO 63179-0034 |
| 519763829 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2023 20:44:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 519763830 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2023 20:44:00 | IC Systems, PO Box 64378, St. Paul, MN 55164-0378 |
| 519763832 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2023 20:44:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 07 2023 20:51:53 | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 519786288 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 20:52:33 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519813569 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2023 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519763835 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2023 20:44:00 | Midland Funding, 8875 Aero Dr., San Diego, CA 92123-2255 |
| 519835826 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 21:03:45 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519771840 | | Email/Text: bnc-quantum@quantum3group.com | Dec 07 2023 20:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519763840 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2023 20:51:52 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519763841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2023 21:03:44 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519763842 | | Email/Text: bncmail@w-legal.com | Dec 07 2023 20:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 519763843 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2023 20:45:00 | US Bank National Assoc., C/O Select Portfolio Servicing, Inc,, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 519763844 | | Email/Text: blopez@woodhavenlumber.com | Dec 07 2023 20:44:49 | Woodhaven Lumber & Millwork, 200 James, Lakewood, NJ 08701 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519763831 | * | Interal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 ajennings@raslg.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter D. Nealy | on behalf of Debtor Gary W. Heffley nealylaw@gmail.com r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com;wdnlawcatina@gmail.com |

TOTAL: 7